UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS JOHN BAILEY #970872,          )
           Plaintiff,          )
                     )          No. 2:22-cv-46
v.          )
                     )          Hon. Paul L. Maloney
UNKNOWN HARRIS &          )
UNKNOWN BEAUDREAU,          )
           Defendants.          )
_____          )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF

No. 84), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 13, 2024                    /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge